without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–5592. IN RE FILIPAS;

No. 86–5612. IN RE HJELTER; and

No. 86–5675. IN RE JAMES. Petitions for writs of mandamus denied.

No. 86–692. IN RE REAL. Petition for writ of mandamus and/or prohibition denied.

No. 86–566. PERRY ET AL. *v.* THOMAS. Appeal from Ct. App. Cal., 2d App. Dist. Probable jurisdiction noted.

No. 86–231. PENSION BENEFIT GUARANTY CORPORATION *v.* YAHN & McDONNELL, INC., ET AL.; and

No. 86–253. UNITED RETAIL & WHOLESALE EMPLOYEES TEAMSTERS UNION LOCAL NO. 115 PENSION PLAN ET AL. *v.* YAHN & McDONNELL, INC., ET AL. Appeals from C. A. 3d Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE WHITE took no part in the consideration or decision of these cases.

No. 86–260. SOUTH DAKOTA *v.* DOLE, SECRETARY OF TRANS-PORTATION. C. A. 8th Cir. Certiorari granted.

No. 86–319. VAN DRASEK *v.* LEHMAN, SECRETARY OF THE NAVY, ET AL. C. A. Fed. Cir. Certiorari granted.

No. 86–381. CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY (SMOLIN ET AL., REAL PARTIES IN IN-TEREST). Sup. Ct. Cal. Certiorari granted.

No. 85–1626. GOODMAN ET AL. *v.* LUKENS STEEL CO. ET AL.; and

No. 85–2010. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* GOODMAN ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.